

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust | CASE NO.: 19-16226-JKS<br><br>CHAPTER: 13<br><br>HON. JUDGE.: John K. Sherwood<br><br>HEARING DATE: November 10, 2022 @ 10:00 AM |
| In Re:<br><br>Narendra K Mehta<br>Debtor | |

Order Filed on November 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 16, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Rushmore Loan Management Services, LLC as servicer for U.S. Bank Trust National Association as trustee for Brackenridge Mortgage Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 482 Main Street, Lodi, NJ 07644

**ORDERED** that the Co-Debtor stay in effect as it pertains to Vina N. Mehta pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclosure action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, the co-debtor, any trustee, and any other party who entered an appearance on the motion.